IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PAUL J. CONNALL #00418226 | § | |
| | § | |
| V. | § | CIVIL NO. A-23-CV-825-RP |
| | § | |
| LARRY FRANKLIN | § | |

### ORDER OF DISMISSAL

Before the Court is Plaintiff's civil-rights complaint. Plaintiff seeks leave to proceed *in forma pauperis*. Plaintiff is currently incarcerated in the East Texas Treatment Facility.

Under the Prison Litigation Reform Act, a prisoner cannot bring a new civil action or appeal a judgment in a civil action *in forma pauperis* if he or she has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief may be granted. The only exception to this is if the prisoner is in "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g). A prisoner who is not proceeding *in forma pauperis* may file a new civil action or appeal even if that prisoner has three or more dismissals described in section 1915(g). Regardless of whether a prisoner proceeds *in forma pauperis* in a civil case, if at any time the prisoner's case is dismissed as frivolous or malicious, or for failure to state a claim, the dismissal will count against the prisoner for purposes of the three-dismissal rule.

While incarcerated, Plaintiff has filed at least three civil actions or appeals that have been dismissed as frivolous or for failure to state a claim. *See Connall v. Hull*, No. 95-10324 (5th Cir. Oct. 30, 1995) (unpublished) (affirming district court's dismissal, as frivolous of Connall's 42

U.S.C. § 1983 complaint); *Connall v. Armstrong*, No. 6:03-CV-66 (W.D. Tex. May 15, 2003) (dismissing complaint as frivolous); *Connall v. Armstrong*, No. 03-50626 (5th Cir. Dec. 2, 2003) (unpublished) (dismissing appeal as frivolous under 28 U.S.C. § 1915(g)). Therefore, Plaintiff may not file another civil action *in forma pauperis* while incarcerated unless Plaintiff is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff's complaint does not meet that standard.

It is therefore **ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis*, and his complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g). Plaintiff's complaint may be reinstated only if the full filing fee is paid simultaneously with the filing of a motion to reinstate within 30 days of the date of this Order.

**SIGNED** on July 21, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE